

**Greyson K. Van Dyke**
Direct Phone: +1 609 514 5946
Email: gvandyke@reedsmith.com

Reed Smith LLP
506 Carnegie Center
Suite 300
Princeton, NJ 08540-7839
+1 609 987 0050
Fax +1 609 951 0824
reedsmith.com

August 5, 2025

**Via ECF**

The Hon. Margaret M. Garnett, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square, Courtroom 906
New York, NY 10007

  Re: **Entua Yambusa v. Wells Fargo Bank, et al.**
    **Case No.: 1:25-cv-06343-MMG**

Dear Judge Garnett:

  This firm represents Defendant Wells Fargo Bank, N.A. in the above-captioned matter. Pursuant to the Court's instruction in its August 4, 2025 Order, enclosed is a Certification of Service with respect to the Court's August 4, 2025 Order, as well as Your Honor's Individual Rules and Practices, which were served on all counsel today.

  The Court's attention and consideration with regard to this matter is greatly appreciated.

           Respectfully Submitted,

           */s/Greyson K. Van Dyke*
           Greyson K. Van Dyke

Encl.

cc: Brandon J. Walters, Esq. (via ECF)
   Stacey Simon Reeves, Esq. (via regular mail)

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG
HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI ♦ MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON
RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

Nicholas J. Valvanis ♦Office Managing Partner ♦ A Limited Liability Partnership formed in the State of Delaware