**REED SMITH LLP**
Diane A. Bettino, Esq.
Greyson K. Van Dyke, Esq.
599 Lexington Avenue, 22nd Fl.
New York, New York 10022
Telephone: (212) 521-5400
Facsimile: (212) 521-5450
dbettino@reedsmith.com
gvandyke@reedsmith.com
*Attorneys for Defendant Wells Fargo Bank, N.A.*

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ENTUA YAMBUSA, | Civil Action No.: 1:25-cv-06343-MMG |
| Plaintiff, | |
| v. | **CERTIFICATION OF SERVICE** |
| SKY JEWELRY, INC. and WELLS FARGO BANK, N.A., | |
| Defendants. | |

I hereby certify that on this date, I caused copies of: (1) the Court's August 4, 2025 Order; (2) the Hon. Margaret M. Garnett, U.S.D.J.'s Individual Rules & Practices; and (3) this Certification of Service to be served via email and regular mail upon:

Brandon J. Walters, Esq.
Law Office of Brandon Walters PLLC
52 Duane Street, 7th Floor
New York, New York 10007
*Counsel for Plaintiff*

Stacey Simon Reeves, Esq.
3220 Fairfield Ave., #7a
Bronx, New York 10463
*Counsel for Defendant Sky Jewelry, Inc.*

I further certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

- 2 -

Dated: August 5, 2025

        **REED SMITH LLP**

        */s/Greyson K. Van Dyke*
        Greyson K. Van Dyke